**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARD HOUSE USA, INC. d/b/a YARD HOUSE, a Delaware corporation; and DOES 1 to 10, inclusive;<br><br>Defendants. | Case No. 2:22-cv-00889-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RULE 26(f) REPORT AND DISCOVERY PLAN** |

IT IS HEREBY ORDERED THAT,

The deadline for the Parties to file the Joint Rule 26(f) Report and Discovery Plan is August 4, 2022.

IT IS SO ORDERED.

DATED: August 3, 2022                              /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE